# IN THE SUPREME COURT OF THE STATE OF NEVADA

FELIX MIKHALSKY,
                  Appellant,

    vs.

CITY OF NORTH LAS VEGAS,
                  Respondent.

No. 83095

**FILED**

JUL 0 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appeal, affirming judgment of conviction, and remanding to lower court. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over cases arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) (a "municipal court conviction is not subject to further review by appeal to this court"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

21-19098

cc: Hon. Crystal Eller, District Judge
Felix Mikhalsky
Attorney General/Carson City
North Las Vegas City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA